UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | No. 2:19-cv-0266 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| ANN MARIE SCHUBERT, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file and serve objections to the December 14, 2020 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 37) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve his objections.

Dated: January 4, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

howe0266.36