UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANN MARIE SCHUBERT, et al.,<br><br>　　　　　Defendants. | No. 2: 19-cv-0266 KJM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2021, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 39. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and, except as noted below, finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. The court writes separately to note it declines to adopt footnote 3 of the findings and recommendations, ECF No. 39 at 8 n.3.

/////

The magistrate judge finds habeas corpus relief "is available" to plaintiff because he was unrepresented by counsel at the time he entered his guilty plea. *Id*. It is not clear habeas corpus relief remains available to plaintiff on this ground, *see Iowa v. Tovar*, 541 U.S. 77, 92-93 (2004) ("in a collateral attack on an uncounseled conviction, it is the defendant's burden to prove that he did not competently and intelligently waive his right to the assistance of counsel"), but the court need not resolve this issue. There is no showing plaintiff's conviction has been reversed, expunged, or otherwise invalidated, nor is there any showing plaintiff would come within one of the narrow exceptions to the *Heck* bar announced in *Cunningham v. Gates*, 312 F.3d 1148, 1153 n.3 (9th Cir. 2002) and discussed in *Guerrero v. Gates*, 442 F.3d 697, 704-05 (9th Cir. 2006).

Accordingly, IT IS HEREBY ORDERED that:

1. Except as noted in this order, the amended findings and recommendations filed March 16, 2021 are adopted in full;

2. Defendants' motion to dismiss, ECF No. 32, is granted; and

3. This case is closed.

DATED: September 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE